AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

ORIANA HARRISON, an individual,
    Plaintiff(s),

v.

PORTFOLIO GROUP MANAGEMENT,
INC., a Nevada corporation; et al,
    Defendant(s).

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-01104-MCE-KJN

Notice is hereby given that, subject to approval by the court, __Oriana Harrison__ substitutes
(Party (s) Name)

__Jonathan M. Lurie__, State Bar No. __308570__ as counsel of record in place
(Name of New Attorney)

place of __Liana Chen, Karl S. Kronenberger, and Jeffrey M. Rosenfeld__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Law Offices of Lurie and Ferri
    Address: 1000 Nicasio Valley Rd, Nicasio, CA 94116
    Telephone: (415) 662-8983    Facsimile N/A
    E-Mail (Optional): jlurie@lflawoffices.com

I consent to the above substitution.
Date: 2/23/19
    (Signature of Party (s))

I consent to being substituted.
Date: 2/21/19
    Liana Chen, Kronenberger Rosenfeld LLP
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/21/19
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]