# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| ORIANA HARRISON, an individual<br>　　　　　　　　　　　Plaintiff (s),<br>V.<br>PORTFOLIO GROUP MANAGEMENT,<br>　INC., a Nevada corporation, et al.,<br>　　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br><br>CASE NUMBER:  2:18-cv-01104-MCE- |

Notice is hereby given that, subject to approval by the court, ____Oriana Harrison____ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

____Jonathan M. Lurie____, State Bar No. ____308570____ as counsel of record in
(Name of New Attorney)

place of ____Liana Chen, Karl S. Kronenberger, and Jeffrey M. Rosenfeld____.
　　　　　　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　The Law Offices of Lurie and Ferri

　　Address:　　　　1000 Nicasio Valley Rd., Nicasio, CA 94116

　　Telephone:　　　415-662-8983　　　　　Facsimile　N/A

　　E-Mail (Optional):　jlurie@lflawoffices.com

I consent to the above substitution.　　　　　　　　　　Oriana Harrison

Date:　2/23/19　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.　　　　　　　　　　　　Jeffrey M. Rosenfeld

Date:　2/21/19　　　　　　　　　　　　　　　s/ Jeffrey M. Rosenfeld
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.

Date:　2/21/19　　　　　　　　　　　　　　　s/ Jonathan M. Lurie
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

DATED:  February 27, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE