**Law Offices of Lurie and Ferri, LLP**
Jonathan M. Lurie (CA Bar No. 308570)
1000 Nicasio Valley Rd.
Nicasio, CA 94108
Telephone: (415) 662-8983
jlurie@lflawoffices.com

Attorney for Plaintiff Oriana Harrison

**Gaurav Bobby Kalra**
Attorney at Law (CA Bar No. 219483)
1024 Iron Point Way, Suite 100
Folsom, CA 95630
Telephone: (650) 785-2562
Facsimile: (650) 618-1965
gbklaw@gbkattorney.com

Attorney for Defendants
Portfolio Group Management, Inc., Executive
Management Solutions, Inc. d/b/a Taxcite,
David Glenwinkel, and Kristi Crowley

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORIANA HARRISON**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**PORTFOLIO GROUP MANAGEMENT, INC.**, a Nevada corporation;<br>**EXECUTIVE MANAGEMENT SOLUTIONS, INC., d/b/a TAXCITE**, a California corporation;<br>**DAVID GLENWINKEL**, an individual; and<br>**KRISTI CROWLEY**, an individual,<br><br>Defendants. | Case No. 2:18-cv-01104-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

1    Plaintiff ORIANA HARRISON ("Plaintiff") and Defendants PORTFOLIO GROUP
MANAGEMENT, INC., EXECUTIVE MANAGEMENT SOLUTIONS, INC., d/b/a
TAXCITE, DAVID GLENWINKEL, and KRISTI CROWLEY ("Defendants") (collectively
"Parties"), through their respective undersigned counsel, hereby respectfully submit the
following Joint Stipulation and (Proposed) Order to Modify the Court's Initial Pretrial
Scheduling Order ("Scheduling Order"), and the Parties' Joint Status Report And Federal
Rule of Civil Procedure 26(f) Discovery Plan ("Joint Statement").

## STIPULATION

1. This Court issued a Scheduling Order on May 3, 2018, and Parties filed a Joint Statement on June 28, 2018;

2. The Court's Scheduling Order requires the parties to complete all non-expert discovery by 365 days from date complaint filed (May 2, 2019) and the Parties' Joint Statement requires all non-expert discovery to be completed by April 30, 2019.

3. Parties diligently pursued fact discovery prior to the agreement to pursue Voluntary Dispute Resolution. By July 20, 2018, Plaintiff propounded and served on Defendants written discovery requests in the form of a Plaintiff's First Set of Interrogatories and a Plaintiff's First Set of Requests for Production. On August 11, 2018, former counsel for Plaintiff sent emails requesting responses to propounded discovery requests. The Voluntary Dispute Resolution Process then began and delayed the discovery process. On February 27, 2019, new counsel for Plaintiff substituted in. On March 5, 2019 new counsel for Plaintiff emailed Defendants requesting responses to propounded discovery. On March 18, 2019, Defendants produced answers to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production. Parties are currently meeting and conferring regarding Defendants' responses. Defendants are serving discovery requests in the coming days.

1    4.    Plaintiff and Defendants lost time while awaiting the pending Voluntary Dispute Resolution. These Voluntary Dispute Resolutions Sessions involve an out of country party which impacts scheduling. The first Voluntary Dispute Resolution Session occurred on October 11, 2018. The second Voluntary Dispute Resolution Session occurred on October 30, 2018. The third Voluntary Dispute Resolution Session occurred on November 7, 2018. By November 29, 2018 Parties had completed 3 Voluntary Dispute Resolution Sessions, planned no further sessions, and electronically filed electronic notice of completion of the Voluntary Dispute Resolution. No settlement agreement was reached.

5.    Parties continued settlement negotiations after the unsuccessful mediation. These settlement negotiations are continuing as of the present between current counsel for each party.

6.    Plaintiff's current counsel substituted in at the conclusion of previous counsel's settlement negotiation efforts, and current counsel is attempting to complete the discovery process.

7.    This is the first extension Parties have sought in this case.

8.    The current Scheduling Order does not allow the parties time to complete discovery. Parties anticipate further meet and confer efforts are necessary regarding Plaintiff's discovery requests. Defendants have yet to propound any discovery requests, and neither party has requested or scheduled any depositions yet. If Defendants were to propound discovery, or if any party were to request depositions now, the responses and/or depositions would be scheduled on the eve of the discovery deadline of April 30, 2019. Furthermore, Defendants have informed Plaintiff that it may propound discovery requests which Plaintiff anticipates will call for time to respond and potentially further meet and confer efforts. Furthermore, the Parties are continuing to meet and confer regarding Defendants' responses to Plaintiff's written discovery.

9.    Good cause exists to support the extension of all remaining deadlines due to the lengthy Voluntary Dispute Resolution Process, the recent substitution of new

counsel for Plaintiff, ongoing settlement negotiations, inability to appropriately complete discovery in the remaining time before the Non-Expert Discovery Cut-Off, ongoing efforts to complete discovery in a timely fashion by all Parties, and the fact that this is the first request for an extension of deadlines by Parties.

10. The parties agree that, in consideration of the foregoing, good cause exists to extend all remaining deadlines in the Scheduling Order and Joint Statement except the Last Day to File Dispositive Motions for three months, and to extend the Last Day to File Dispositive Motions past the holidays as follows:

|  | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | April 30, 2019 | July 30, 2019 |
| Expert Designations | June 28, 2019 | September 28, 2019 |
| Supplemental Expert Designations | July 26, 2019 | October 26, 2019 |
| Expert Discovery Cutoff | August 26, 2019 | November 26, 2019 |
| Last Day to File Dispositive Motions | October 25, 2019 | January 3, 2019 |
| Final Pretrial Conference | TBD by notice of trial readiness* | TBD by notice of trial readiness* |
| Trial | TBD by notice of trial readiness* | TBD by notice of trial readiness* |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Dated: March 20th, 2019 | | **LAW OFFICES OF LURIE AND FERRI, LLP** |
| | | By:   /s/ Jonathan M. Lurie<br>       Jonathan M. Lurie |
| | | Attorney for Plaintiff Oriana Harrison |
| Dated: March 20th, 2019 | | **GAURAV BOBBY KALRA** |
| | | By:   /s/<br>       Gaurav Bobby Kalra |
| | | Attorneys for Defendants Portfolio Group Management, Inc., Executive Management Solutions, Inc. d/b/a TaxCite, David Glenwinkel, and Kristi Crowley |

### ORDER

Pursuant to the Parties' agreement, and for good cause, the Parties' Stipulation and Proposed Order (ECF No. 18) is GRANTED.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE