**Law Offices of Lurie and Ferri, LLP**
Jonathan M. Lurie (CA Bar No. 308570)
1000 Nicasio Valley Rd.
Nicasio, CA 95825
Telephone: (415) 662-8983
jlurie@lflawoffices.com

Attorney for Plaintiff Oriana Harrison

**Gaurav Bobby Kalra**
Attorney at Law (CA Bar No. 219483)
1024 Iron Point Way, Suite 100
Folsom, CA 95630
Telephone: (650) 785-2562
Facsimile: (650) 618-1965
bobby@gbkattorney.com

Attorney for Defendants
Portfolio Group Management, Inc., Executive
Management Solutions, Inc. d/b/a Taxcite,
David Glenwinkel, and Kristi Crowley

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORIANA HARRISON**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**PORTFOLIO GROUP MANAGEMENT, INC.**, a Nevada corporation; **EXECUTIVE MANAGEMENT SOLUTIONS, INC., d/b/a TAXCITE**, a California corporation; **DAVID GLENWINKEL**, an individual; and **KRISTI CROWLEY**, an individual,<br><br>Defendants. | Case No. 2:18-cv-01104-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Plaintiff ORIANA HARRISON ("Plaintiff") and Defendants PORTFOLIO GROUP MANAGEMENT, INC., EXECUTIVE MANAGEMENT SOLUTIONS, INC., d/b/a TAXCITE, DAVID GLENWINKEL, and KRISTI CROWLEY ("Defendants") (collectively "Parties"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's Initial Pretrial Scheduling Order and subsequent Stipulation and Order for a first extension ("Scheduling Order"), and the Parties' Joint Status Report And Federal Rule of Civil Procedure 26(f) Discovery Plan ("Joint Statement").

## **STIPULATION**

1. This Court issued a Scheduling Order on May 3, 2018, and Parties filed a Joint Statement on June 28, 2018;

2. The Court's first Scheduling Order required the parties to complete all non-expert discovery by 365 days from date complaint filed (May 2, 2019) and the Parties' Joint Statement requires all non-expert discovery to be completed by April 30, 2019.

3. The Parties stipulated to, and the Court granted, a first extension, setting the discovery cutoff to July 30th, 2019, and the last day for dispositive motions to January 3rd, 2020.

4. Since the first extension, Plaintiff has propounded written discovery and undertaken meet and confer efforts with Defendants. Plaintiff's First and Second set of Interrogatories and Requests for Production were propounded and responded to. Parties met and conferred and reached agreement regarding Plaintiff's First Set of Requests for Production and Interrogatories in emails from 3/26/19-4/22/19 with Defendants providing Second, Third, and Fourth Amended Responses

5. Plaintiff's First Set of Requests for Admissions were served on Defendants on 5/20. Due to mailing issues, Defendants responses on these RFAs were not received by Plaintiff. After meet and confer on Plaintiff's First Set of RFAs, parties agreed to allow

1  Defendants to respond to RFAs by 7/19/19. Defendants provided responses on 7/18/19.
2  Parties are engaged in ongoing meet and confer talks regarding these responses.
3      6.    Defendant Kristi Crowley was scheduled to be deposed at 9AM on 7/8/19
4  with notice served on Defendants 6/4/18. At the request of Defendants, deposition was
5  moved by agreement of all parties to 7/17/19. Due to ongoing discussion regarding
6  Plaintiff's First Set of RFAs on Defendants, deposition was again moved by agreement of
7  all parties to 7/29/29. Due to family health concerns Defendant Crowley has requested
8  another move in deposition date to 8/8/19. This necessitates this Joint Stipulation and
9  Proposed Order to Modify Scheduling Order. Parties have agreed to reschedule to
10 8/8/19, subject to the granting of this second extension.
11     7.    Parties continued settlement negotiations after the unsuccessful mediation.
12 These settlement negotiations are continuing as of the present between current counsel
13 for each party, and counsel are discussing the possibility of another mediation.
14     8.    Plaintiff's current counsel substituted in at the conclusion of previous
15 counsel's settlement negotiation efforts, resulting in the first extension the Court granted,
16 and current counsel is attempting to complete the discovery process.
17     9.    This is the second extension Parties have sought in this case.
18     10.   The current Scheduling Order does not allow the parties time to complete
19 discovery. Parties anticipate further meet and confer efforts are necessary regarding
20 Plaintiff's discovery requests.  Defendants have yet to propound any discovery requests,
21 and Defendants need to reschedule the deposition of Defendant Crowley past the
22 discovery cutoff.  Defendants have passed the date by which they could propound
23 discovery, and if the deposition of Defendant Crowley is rescheduled now, the deposition
24 would be scheduled after the discovery deadline of July 30, 2019. Furthermore, the
25 Parties are continuing to meet and confer regarding Defendants' responses to Plaintiff's
26 written discovery, and are continuing settlement negotiations.
27     11.   Good cause exists to support the extension of all remaining deadlines due
28 to the ongoing meet and confer efforts over Requests for Admissions, the rescheduling of

the deposition, ongoing settlement negotiations including the potential for another mediation, inability to appropriately complete discovery in the remaining time before the Non-Expert Discovery Cut-Off, ongoing efforts to complete discovery in a timely fashion by all Parties, and the fact that this is the second request for an extension of deadlines by Parties.

12. The parties agree that, in consideration of the foregoing, good cause exists to extend all remaining deadlines in the Scheduling Order and Joint Statement except the Last Day to File Dispositive Motions for three months, and to extend the Last Day to File Dispositive Motions past the holidays as follows:

|  | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | July 30, 2019 | September 30, 2019 |
| Expert Designations | September 28, 2019 | November 28, 2019 |
| Supplemental Expert Designations | October 26, 2019 | December 30, 2019 |
| Expert Discovery Cutoff | November 26, 2019 | January 26, 2020 |
| Last Day to File Dispositive Motions | January 3, 2020 | March 3, 2020 |
| Final Pretrial Conference | TBD by notice of trial readiness* | TBD by notice of trial readiness* |
| Trial | TBD by notice of trial readiness* | TBD by notice of trial readiness* |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 24th, 2019  **LAW OFFICES OF LURIE AND FERRI, LLP**

By: /s/ Jonathan M. Lurie
Jonathan M. Lurie

Attorney for Plaintiff Oriana Harrison

Dated: July 24th, 2019  **GAURAV BOBBY KALRA**

By: /s/ Gaurav Bobby Kalra
Gaurav Bobby Kalra

Attorneys for Defendants Portfolio Group Management, Inc., Executive Management Solutions, Inc. d/b/a TaxCite, David Glenwinkel, and Kristi Crowley

## ORDER

Pursuant to the parties' agreement, and for good cause, the Joint Stipulation to Modify the Scheduling Order (ECF No. 20) is GRANTED.

IT IS SO ORDERED.

**Dated: August 6, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE