UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ORIANA HARRISON, | No. 2:18-cv-01104-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| PORTFOLIO GROUP MANAGEMENT, INC. et al., | |
| Defendants. | |

The Court has received and reviewed Defendants' Ex Parte Application to Continue the Non-Appearance Hearing Date for Plaintiff's Motion for Partial Summary Judgment, ECF No. 24,[1] and Plaintiff's opposition thereto, ECF No. 25. Defendants seek a 45 to 90-day extension of the current non-appearance hearing date and the related deadlines associated with an Opposition and Reply brief.[2] The Court finds that Defendants failed to show good cause for such a lengthy extension of time to file their Opposition brief. However, in light of the coronavirus pandemic, the Court hereby extends the hearing date on Plaintiff's Motion for Partial Summary Judgment to May 14,

---

[1] The Court notes Defendants' failure to submit a proposed order pursuant to E.D. Local Rule 137(b).

[2] Defendants also request that the Court order Plaintiff's counsel to provide a Word version of Plaintiff's Separate Statement of Undisputed Facts. ECF No. 24, at 4. The Court is unaware of such a requirement and therefore, Defendants' request is DENIED.

1

2020, for purposes of revising the deadlines associated with filing the opposition and reply briefs. The May 14, 2020 hearing is vacated and submitted without appearance and argument, but the opposition or statement of non-opposition and reply due dates shall now be filed in accordance with this revised hearing date.

IT IS SO ORDERED.

Dated: March 31, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE