1
2
3
4
5

**Law Offices of Lurie and Ferri, LLP**
Jonathan M. Lurie (CA Bar No. 308570)
Michele Ferri (CA Bar No. 305973)
1000 Nicasio Valley Rd.
Nicasio, CA 94946
Telephone: (415) 662-8983
jlurie@lflawoffices.com
mferri@lflawoffices.com

6

Attorneys for Plaintiff Oriana Harrison

7
8
9
10
11

**Gaurav Bobby Kalra**
Attorney at Law (CA Bar No. 219483)
177 East Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (213) 435-3469
Fax: (213) 559-8386
bobby@outofcontrolboss.com

12
13

Attorney for Defendants Portfolio Group Management, Inc., Executive Management Solutions, Inc. d/b/a Taxcite, David Glenwinkel, and Kristi Crowley

14

15
16

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

17

**ORIANA HARRISON**, an individual,

18

Plaintiff,

19

v.

20
21
22
23
24
25

**PORTFOLIO GROUP MANAGEMENT, INC.**, a Nevada corporation;
**EXECUTIVE MANAGEMENT SOLUTIONS, INC., d/b/a TAXCITE**, a California corporation;
**DAVID GLENWINKEL**, an individual; and
**KRISTI CROWLEY**, an individual,

Defendants.

Case No. 2:18-cv-01104-MCE-KJN

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

Complaint Filed: May 2, 2018
Judge: Hon. Judge Morrison C. England, Jr.

26
27
28

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

1    Plaintiff Oriana Harrison and Defendants Portfolio Group Management, Inc.,

2  Executive Management Solutions, Inc., d/b/a TAXCITE, David Glenwinkel, and Kristi

3  Crowley hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this

4  action be dismissed with prejudice as to all claims, causes of action, and parties, with

5  each party bearing that party's own attorney's fees and costs.

6

7

8  Dated: April 20th, 2022                    **LAW OFFICES OF LURIE AND FERRI,**

9                                             **LLP**

10

11                                            By: ___/s/ Jonathan M. Lurie_____

12                                                  Jonathan M. Lurie

13                                            Attorney for Plaintiff Oriana Harrison

14  Dated: April 20th, 2022                    **GAURAV BOBBY KALRA**

15

16                                            By: ___/s/ Gaurav Bobby Kalra_____

17                                                  Gaurav Bobby Kalra

18                                            Attorney for Defendants Portfolio Group
                                             Management, Inc., Executive
19                                           Management Solutions, Inc. d/b/a TaxCite,
                                             David Glenwinkel, and Kristi Crowley
20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT this action be DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 25, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE